UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Antonio Demetrius Bell** **Docket No. 4:18-CR-69-1D**

**Petition for Action on Supervised Release**

COMES NOW Stephen W. Larson, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antonio Demetrius Bell, who, upon an earlier plea of guilty to Distribution of a Quantity of Heroin, Fentanyl, and 4 Anilino-N-Phenethyl-4- Piperidine, in violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(C); and Distribution of a Quantity of Heroin, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on June 28, 2019, to the custody of the Bureau of Prisons for a term of 90 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 4 years.

Antonio Demetrius Bell was released from custody on May 31, 2024, at which time the term of supervised release commenced.

On August 11, 2026, this case was reassigned to The Honorable James C. Dever III, United States District Judge.

On August 11, 2026, a Petition for Action was submitted to the court advising the defendant signed a Waiver of Hearing where he agreed to comply with the standard and special conditions that were ordered at his sentencing on June 28, 2019.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 7, 2026, the defendant was charged with Driving While Impaired (26CR448424) and Reckless Driving Wanton Disregard (26CR019023) in Pitt County, North Carolina. According to the arrest reports, Bell drove a vehicle over a curb and admitted to drinking alcohol. Subsequently, Bell was arrested and posted a $3,000 secured bond. Upon his release, Bell immediately notified the probation officer of these charges. Although these charges remain pending, the defendant admitted guilt. Bell was verbally reprimanded and counseled for his actions. As a sanction, the probation office is respectfully recommending a curfew for a period of 60 days. Additionally, the defendant agreed to participate in substance abuse treatment to address the defendant's alcohol abuse. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew without location monitoring technology as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall abide by all location monitoring program requirements, instructions and procedures provided by the supervising officer.
2. The defendant shall enroll in and complete the Alcohol/Drug Education Training School and pay the costs thereof. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Tuell Waters
Tuell Waters
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Stephen W. Larson
Stephen W. Larson
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2343
Executed On: November 17, 2026

## ORDER OF THE COURT

Considered and ordered this 18 day of November, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge